# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00355-CV

## In re Communications Infrastructure Services, LLC; Unitek USA, LLC; and Pinnacle Fiber & Technical Solutions, LLC

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relators In re Communications Infrastructure Services, LLC; Unitek USA, LLC; and Pinnacle Fiber & Technical Solutions, LLC have filed an unopposed motion to dismiss this mandamus proceeding. We grant relators' motion and dismiss the mandamus proceeding. *See* Tex. R. App. P. 42.1(a).

_____

Gisela D. Triana, Justice

Before Chief Justice Byrne, Justices Triana and Theofanis

Filed: July 30, 2024